UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AVA ELECTRIS CANNIE, etc.,

    Plaintiff,

v.                          CASE NO. 3:20-cv-1387-HES-JBT

REFIK WERNER ELER ESQ.,

    Defendant.
_____/

## ORDER

This cause is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 6) recommending Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs which was construed as a Motion to Proceed *In Forma Pauperis* be denied, and this case be dismissed. Plaintiff filed her "Objection to Report and Recommendation" (Dkt. 7).

Because of Plaintiff's objections, this Court has reviewed, *de novo*, Plaintiff's Amended Complaint (Dkt. 5). Following that review, this Court determines the Report and Recommendation should be adopted in all respects..

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 6) is **ADOPTED**;

2. Plaintiff's Application to Proceed in District Court Without Prepaying

Fees or Costs is **DENIED** and this case is **DISMISSED**; and

      3. The Clerk is directed to terminate all pending motions and close this file.

      **DONE AND ORDERED** at Jacksonville, Florida, this 24 day of March, 2021.

                                            HARVEY E. SCHLESINGER  
                                            UNITED STATES DISTRICT JUDGE

Copies to:  
Hon. Joel B. Toomey  
Ava Electris Cannie, *Pro Se*